| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ALASKA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Yak Timber Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
84-3170877

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **747 Ocean Cape Rd**<br>**Yakutat, AK 99689**<br>Number, Street, City, State & ZIP Code | **PO Box 236**<br>**Yakutat, AK 99689**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Yakutat**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
yaktimber.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Yak Timber Inc**_____  Case number (*if known*)_____
         Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name       _____
        Phone              _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor **Yak Timber Inc** _____   Case number (*if known*)_____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 11, 2023**
MM / DD / YYYY

**X /s/ Marvin Adams**                              **Marvin Adams**
Signature of authorized representative of debtor        Printed name

Title  **CEO**

**18. Signature of attorney**

**X /s/ Terry P. Draeger**                         Date  **May 11, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Terry P. Draeger 8606049**
Printed name

**Beaty & Draeger, Ltd**
Firm name

**3900 Arctic Blvd., Suite 101**
**Anchorage, AK 99503**
Number, Street, City, State & ZIP Code

Contact phone  **(907) 563-7889**     Email address  **draeger@ak.net**

**8606049 AK**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Yak Timber Inc**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 11, 2023**          X **/s/ Marvin Adams**
                                                              Signature of individual signing on behalf of debtor

                                                              **Marvin Adams**
                                                              Printed name

                                                              **CEO**
                                                              Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Yak Timber Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alaska Div of Forestry** 550 W 7th Ave #1360 | | Fees | | | | $69,380.00 |
| **Alaska Marine Lines** 5615 W Marginal Way Seattle, WA 98106 | | Services | | | | $31,060.00 |
| **Alaska National Insurance** 7001 Jewel Lake Rd Anchorage, AK 99502 | | Insurance | | | | $11,111.00 |
| **City-Borough of Yakutat** PO Box 160 Yakutat, AK 99689 | | Taxes | | | | $15,916.00 |
| **CMI** 5400 Homer Dr Anchorage, AK 99518 | | Services | | | | $56,454.00 |
| **Greatland Consulting** 6606 Vista Dr Ketchikan, AK 99901 | | Consulting services | | | | $32,500.00 |
| **IPFS Corporation** 1055 Broadway Kansas City, MO 64105 | | Financing of insurance | | | | $17,798.00 |
| **Landings at Colony Wharf LLC** 1001 C Street Bellingham, WA 98227 | | Vessel repair /drydock | | | | $13,773.00 |
| **Legros Buchanan & Paul** 4025 Delridge Way SW #100 Seattle, WA 98106 | | Legal services | | | | $11,803.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Yak Timber Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nelson Petroleum Co**<br>1125 80th Street SW<br>Everett, WA 98203 | | Fuel | | | | $240,000.00 |
| **Pac Rim Building Supply**<br>3901 Raymond Ave SW<br>Renton, WA 98057 | | Supplies | | | | $29,748.00 |
| **Pape Kenworth Truck Parts**<br>5931 4th Ave S<br>Seattle, WA 98108 | | Parts | | | | $3,903.00 |
| **Petro Marine**<br>1813 E 1st Avenue<br>Anchorage, AK 99501 | | Fuel | | | | $395,682.00 |
| **Schwabe Williamson & Wyatt**<br>1211 SW Fifth Ave #1900<br>Portland, OR 97204 | | Legal services | | | | $69,463.00 |
| **Seward Boat Harbor**<br>1300 4th Ave<br>Seward, AK 99664 | | Harbor fees | | | | $2,475.00 |
| **Woods Logging Supply**<br>702 Industrial Way<br>Longview, WA 98632 | | Supplies | | | | $20,219.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

**United States Bankruptcy Court**
**District of Alaska**

In re **Yak Timber Inc**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Yak Tat-Kwaan, Inc**<br>**PO Box 416**<br>**Yakutat, AK 99689** | **Common** | **100** | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 11, 2023**

Signature **/s/ Marvin Adams**
**Marvin Adams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Alaska

In re   **Yak Timber Inc**                                          Case No.   _____
                             Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 11, 2023**          /s/ Marvin Adams
                                  **Marvin Adams**/**CEO**
                                  Signer/Title

Alaska Div of Forestry
550 W 7th Ave #1360

Alaska Marine Lines
5615 W Marginal Way
Seattle, WA 98106

Alaska National Insurance
7001 Jewel Lake Rd
Anchorage, AK 99502

City-Borough of Yakutat
PO Box 160
Yakutat, AK 99689

CMI
5400 Homer Dr
Anchorage, AK 99518

Greatland Consulting
6606 Vista Dr
Ketchikan, AK 99901

IPFS Corporation
1055 Broadway
Kansas City, MO 64105

Landings at Colony Wharf LLC
1001 C Street
Bellingham, WA 98227

Legros Buchanan & Paul
4025 Delridge Way SW #100
Seattle, WA 98106

Nelson Petroleum Co
1125 80th Street SW
Everett, WA 98203

Pac Rim Building Supply
3901 Raymond Ave SW
Renton, WA 98057

```
Pacific Rim Log Scaling Bureau
8288 28th Court NE, Suite A
Lacy, WA 98516


Pape Kenworth Truck Parts
5931 4th Ave S
Seattle, WA 98108


Petro Marine
1813 E 1st Avenue
Anchorage, AK 99501


Schwabe Williamson & Wyatt
1211 SW Fifth Ave #1900
Portland, OR 97204


Seward Boat Harbor
1300 4th Ave
Seward, AK 99664


Stow It Inc
PO Box 669
Ferndale, WA 98248


Woods Logging Supply
702 Industrial Way
Longview, WA 98632
```

# United States Bankruptcy Court
### District of Alaska

In re **Yak Timber Inc**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Yak Timber Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Yak Tat-Kwaan, Inc**
**PO Box 416**
**Yakutat, AK 99689**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2023** | **/s/ Terry P. Draeger** |
| Date | **Terry P. Draeger 8606049** |
| | Signature of Attorney or Litigant |
| | Counsel for **Yak Timber Inc** |
| | **Beaty & Draeger, Ltd** |
| | **3900 Arctic Blvd., Suite 101** |
| | **Anchorage, AK 99503** |
| | **(907) 563-7889 Fax:(907) 562-6936** |
| | **draeger@ak.net** |