**Leif A. Thompson, Esq.**
**Leif Thompson Law Office**
Alaska Bar No. 1006041
540 Water Street Suite 301
Ketchikan, Alaska 99901
Alaska Bar No. 1006041
Telephone: (907) 617-9256
Fax: (888) 363-1007
leifthompson@outlook.com
Attorney for David Spigai

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re:<br>YAK TIMBER INC.,<br><br>Debtor, | Case No. 23-00080<br>Chapter 11 Bankruptcy<br><br>NOTICE OF EMERGENCY<br>SPOILIATION ISSUE |

There is approximately 1,000,000 board feet of timber in Yak Timber's sort yard at Sawmill Cove in Yakutat Alaska. These logs have been accumulating in the sort yard from the fall of 2022 to the spring of 2023.

The logs are at great risk of spoilation because there is a wood boring beetle native to Alaska, including Yakutat called the Ambrosia Beetle that is hatching and looking for timber felled from the previous fall to lay its grubs in.

A diligent sort yard owner can protect against these beetles by relatively inexpensive pheromone baited traps that can form a protective perimeter around the sortyard. Mr. Spigai has been to the Yak Timber Inc. Sortyard as recently as March 26, 2023. He walked the perimeter of the sortyard and saw no Ambrosia traps and he has never known Yak Timber to use Ambrosia traps. Ambrosia beetles can greatly devalue wood and must be protected against. These unprotected logs must be sold immediately to protect their value from degradation and if delayed Ambrosia pest control should be undertaken immediately in the meantime. Mr. Spigai disagrees with the debtor's bankruptcy petition statement from Checkbox 12 on Page 3 of the petition that claims that there is no debtor property that needs immediate attention. This Ambrosia Beetle matter is a serious issue that requires immediate attention. Mr. Spigai estimates that the logs in the sort yard are worth at least several hundreds of thousands of dollars. If these logs are attacked by Ambrosia Beetles that value will drop considerably.

## Conclusion

It is respectfully requested that the preservation of the logs in Yak Timber Inc. sortyard from Ambrosia Beetles be given the Trustee's immediate attention.

Respectfully Submitted,

_____  5/15/2023
Leif Thompson
Alaska Bar No. 1006041
540 Water Street Suite 301
Ketchikan, AK 99901
Attorney for David Spigai.

I certify that I E-mailed a copy of this pleading to Gregory Garvin and Terry Draeger Esq. on the date of filing.