Leif A. Thompson, Esq.
Leif Thompson Law Office
Alaska Bar No. 1006041
540 Water Street Suite 301
Ketchikan, Alaska 99901
Alaska Bar No. 1006041
Telephone: (907) 617-9256
Fax: (888) 363-1007
leifthompson@outlook.com
Attorney for David Spigai

IN THE DISTRICT COURT OF THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

| | |
|---|---|
| DAVID SPIGAI, d.b.a. GREATLAND CONSULTANTS, <br><br> Plaintiff, <br><br> vs. <br><br> YAK TIMBER INC., and YAK TAT-KWAAN Inc., <br><br> Defendants. | Case No. 1KE-23-82CI <br><br> AFFIDAVIT OF DAVID SPIGAI REGARDING AMBROSIA BEETLES |

AFFIANT, BEING SWORN UPON OATH, STATES AS FOLLOWS:

My name is David Spigai. I am a Forester in this matter. There are approximately 1 million board feet of logs at the Yak Timber sortyard. I believe that the Yak Timber sortyard may be abandoned and it doesn't seem to have clear leadership at this time.

Exhibit 1
Page 1 of 3

As summer approaches, the logs in the sortyard are in imminent danger of attack from ambrosia beetles, a wood boring pest.

- Ambrosia Beetle, attack dead and down and cut timber by boring into the sapwood of hemlock, spruce, and cedar, inclusive.
    - For instance, "They often infest wind-thrown stands, such as the 100-million board feet that blew down near Yakutat in 1981.", Alaska's Forest Resources Page 88 Volume 12 Number 2 / 1985 Alaska Geographic.
    - My former company, Ketchikan Pulp Company, maintained Ambrosia traps along the perimeter of the sort yard in Thorne Bay to protect the logs.
    - According to the US Forest Service, trees windthrown or cut the previous fall or winter are preferred host material.
    - So, the Humpback Creek timber sale unit logs, that are currently in Yak Timber's sort yard near Sawmill Cove, are imminently at risk to damage and devaluation.

Ambrosia beetles can be protected against by installing special pheromone baited ambrosia traps on the perimeter of the sortyard. I have never seen ambrosia traps at the Yak Timber sortyard and I am concerned that the logs are unprotected. The logs should not sit unprotected through a lengthy legal proceeding. Ambrosia damage would greatly harm the resale value of these logs.

FURTHER, AFFIANT SAYETH NAUGHT.

*David Spigai* (signature)
David Spigai

Subscribed and sworn before me this 11th day of May 2023

_____
Notary Public

My Commission Expires 11/30/2024

Official Seal
Leif A. Thompson
Notary Public-State of Alaska
My Comm Expires
11/30/2024

Respectfully Submitted,

_____
Leif Thompson
Alaska Bar No. 1006041
540 Water Street Suite 301
Ketchikan, AK 99901
Attorney for David Spigai.

I certify that I Emailed a copy of this motion to ~~Stuart Jensen~~ Samuel Fortier on the date of filing.