**Fill in this information to identify the case:**

Debtor name     **Yak Timber Inc**

United States Bankruptcy Court for the:     DISTRICT OF ALASKA

Case number (if known)     **23-00080**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■     Amended *Schedule*     **20 Largest Creditors**

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 25, 2023**          X */s/ Marvin Adams*
                                        Signature of individual signing on behalf of debtor

                                        **Marvin Adams**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Yak Timber Inc**__

United States Bankruptcy Court for the: __DISTRICT OF ALASKA__

Case number (if known) __**23-00080**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $ _____**18,230,876.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $ _____**18,230,876.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____**7,765,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____**1,528,285.00**

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                $ _____**9,293,285.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **Yak Timber Inc**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number (if known) **23-00080**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank Alaska** | **Checking** | **1184** | **$116,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $116,000.00 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **391,121.00** | - | **0.00** | = .... | **$391,121.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Yak Timber Inc**                                                    Case number *(If known)*  **23-00080**
_____    Name

| 11b. Over 90 days old: | 447,000.00 | - | 0.00 | =.... | $447,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $838,121.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Raw lumber / kiln supplies** | 10/31/22 | $45,000.00 | mbf | $121,000.00 |
| 20. | Work in progress **Scrap metal** | 3/29/23 | $2,500,000.00 | Per ton | $2,500,000.00 |
| 21. | Finished goods, including goods held for resale **Modular homes** | 10/31/22 | $384,000.00 | per sq ft | $384,000.00 |
| 22. | Other inventory or supplies **Building material** | 5/11/23 | $60,000.00 | retail value | $60,000.00 |

| 23. | **Total of Part 5.** | | $3,065,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor    **Yak Timber Inc**
Name

Case number *(If known)*  **23-00080**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See equipment list attached** | **$13,445,634.00** | | **$13,445,634.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $13,445,634.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

Debtor    **Yak Timber Inc**
      Name

Case number *(If known)* **23-00080**

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td></td><td></td><td></td><td style="background:#e0e0e0">**Current value of debtor's interest**</td></tr>
<tr><td>71.</td><td>**Notes receivable**<br>Description (include name of obligor)<br>**International Forest Products LLC**<br>**(IFP) 20% holdback on timber sales**</td><td>**319,121.00** -<br>Total face amount</td><td>**0.00** =<br>doubtful or uncollectible amount</td><td></td><td>**$319,121.00**</td></tr>
</table>

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Yak Timber Inc v. Bethel Environmental Solutions, LLC**
**US District Court for Alaska**
**3:22-cv-00255 JMK**

| **Nature of claim** | **Contract - Marine** |
|---|---|
| **Amount requested** | **$447,000.00** |

                          **$447,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

                                      **$766,121.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    **Yak Timber Inc**                                Case number *(If known)*  **23-00080**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $116,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $838,121.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,065,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,445,634.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $766,121.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,230,876.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $18,230,876.00 |

| Name | VIN | Serial Number | Color | Year | Make | Body | Value |
|---|---|---|---|---|---|---|---|
| Log truck | 1NKDLB0X09R260598 | | Tan | 2009 | Kenworth | LG | $ 50,000.00 |
| Log truck | 1NKDLB0X99R260597 | | Brown | 2009 | Kenworth | LG | $ 50,000.00 |
| Log truck | 1NKDLB0X29R260599 | | Cream | 2009 | Kenworth | LG | $ 50,000.00 |
| Dodge dakota | 1D7HU18226S603862 | | Silver | 2006 | Dodge | PK | $ 9,100.00 |
| Chevrolet/blue truck KODIAH | 1GBM1H0X1XJ100618 | | | 1993 | Chevrolet | TN | $ 17,185.00 |
| Dakota-Pick up | 1D7HW28K26S716217 | | Blue | 2006 | Dodge | PK | $ 5,000.00 |
| Trailer bunk/log | 1P9CJ26SJA020003 | | Red | 1988 | Peerless | LOG | $ 9,050.00 |
| General log trailer | 1G9DAS0J74TA008033 | | | 1983 | GENEL | HT | $ 15,000.00 |
| 5000 Gal Fuel Tank Trailer | 1W9T33262ML010840 | | | 1981 | WELD | TANK | $ 13,335.00 |
| Log trailer-peerless | 1PLA02825RTG16930 | | | 1994 | PEER | LG | $ 25,000.00 |
| Kenworth-Log truck | 1NKDL60X1SS641463 | | | 1995 | Kenworth | TR-T800 | $ 18,000.00 |
| Kenworth-Log truck | 1NKDL60X6SS641457 | | | 1995 | Kenworth | TR-T800 | $ 18,000.00 |
| Log trailer | 1PLA02629MTF06300 | | | 1991 | Peerless | LG | $ 18,000.00 |
| Millerlog trailer | 3337 | | | 1980 | Miller | LOG | $ 5,000.00 |
| Kenworth-Low boy (TR) | 1XKDDB9X6SR667157 | | Red | 1995 | Kenworth | TR | $ 46,000.00 |
| Log Trailer | 1P2A02823JT887310 | | | 1998 | Peerless | TR | $ 7,000.00 |
| Low boy-Trailer | 12282 | | | 1982 | L.OAK | LB | $ 7,000.00 |
| Log trailer | CA1128947 | | | 2012 | SPCNS | DLY | $ 7,000.00 |
| Kenworth-Dump truck | 1NKDLB9X5NS581199 | | Red | 1992 | Kenworth | TR | $ 15,000.00 |
| Kenworth-Dump truck | 1NKDLB9X8NS581200 | | Red | 1992 | Kenworth | TR | $ 15,000.00 |
| Saw Mill 128 | 1966 | | | 1966 | Mobil Dimensional | 20-26 | $ 25,000.00 |
| Motor Grader Caterpillar | 022K03865 | | | 2001 | Caterpillar | 140H | $ 75,000.00 |
| 360 Excavator | 1FFDDR7X0KGF940156 | | | 2016 | Hitachi | ZX350-8 | $ 175,000.00 |
| Tiger 690 | | | | 2020 | Tigercat | 890 | $ 575,000.00 |
| Electric Saw Mill | 1M9SN29235GT490907 | | | N/A | mobil Dimensional | 128-E | $ 34,000.00 |
| Loader IT-12B | N/A | 1KF00510 | | N/A | Caterpillar | IT-12B | $ 17,500.00 |
| BMAX III- Boom Boat | | | | N/A | Winder 16' | | $ 21,017.50 |
| 70's Sidewinder-Boom Boat | | 4D0147888 | | N/A | Nelson | 50448000 | $ 30,000.00 |
| Yard Used Bucket Volvo L350F | | | | N/A | Volvo | L350F 149 | $ 20,000.00 |
| Dump Truck | | A250V11823 | Yellow | 2003 | Volvo | cc0984 | $ 95,000.00 |
| Dump Truck | | A250V13294 | Yellow | 2004 | Volvo | cc0996 | $ 105,000.00 |
| Mill Building Kiln shop | | | | 2021 | American Steel Building | | $ 227,226.00 |
| Mini Excavator ECR58 | | DA005S | | 2014 | Volvo | | $ 48,000.00 |
| Cart A Way Cement Mixer | 30GGNYNN003 | | White | 2021 | Cart A Way | 300G | $ 45,780.00 |
| 4 Kiln Machines | | | | 2021 | Industrial Reman LLC | | $ 75,691.00 |
| Log Loader | | 1FFDDP71HHF316808 | | 2019 | Hitachi | ZX310LL | $ 470,000.00 |
| Feler Buncher | | 87073684 | | 2019 | Tigercat | LX870D | $ 628,500.00 |
| Log Loader with Processor | | 1FFDDR72TKF376629 | | 2019 | Hitachi | ZX370LLwK529 | $ 765,000.00 |
| Log Loader with Processor | | 1FFDDR72EKF376030 | | 2019 | Hitachi | Hitachi | $ 785,000.00 |
| Wheeled Log Loader | | L356HE00001099 | | 2019 | Volvo | 350H | $ 985,000.00 |
| Dozer | | DTD01163 | | 2013 | Caterpillar | D6T XL Dozer | $ 285,000.00 |
| Feller Buncher | | 83073211 | | 2019 | Tigercat | LX830D | $ 656,500.00 |
| Skidder | | 6304815 | | 2019 | Tigercat | 635G | $ 542,500.00 |
| Service truck | | 1FDUF5HT9CEC63854 | | 2012 | Ford | F550 | $ 86,750.00 |
| RM 250 Deck Barge | | | | 1988 | | | $ 33,000.00 |
| 105' Ocean 3,000 HP Tug | | 565518 | | 1978 | | | $ 2,500,000.00 |
| Wheeled Log Loader | | L350FT00001637 | | 2014 | Volvo | L350F | $ 471,500.00 |
| | | | | | | TOTAL | $ 13,445,934.50 |

**Fill in this information to identify the case:**

Debtor name  **Yak Timber Inc**

United States Bankruptcy Court for the:  **DISTRICT OF ALASKA**

Case number (if known)  **23-00080**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **AgWest Farm Credit** | Describe debtor's property that is subject to a lien | **$1,875,000.00** | **$3,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**2157 N. Northlake Way, #120
Seattle, WA 98103**

Creditor's mailing address

**Barge**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **AgWest Farm Credit** | Describe debtor's property that is subject to a lien | **$1,490,000.00** | **$2,800,000.00** |
|---|---|---|---|---|

Creditor's Name

**2157 N. Northlake Way, Suite 120
Seattle, WA 98103**

Creditor's mailing address

**Tug**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Yak Timber Inc**
_____
Name

Case number (if known)   **23-00080**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.3 | **AgWest Farm Credit** |
|---|---|

Creditor's Name

**2157 N. Northlake Way,
Suite 120
Seattle, WA 98103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien          $4,400,000.00          $6,000,000.00
**Machinery**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **AgWest Farm Credit** |
|---|---|

Creditor's Name

**2157 N. Northlake Way,
Suite 120
Seattle, WA 98103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien          $0.00          $1,800,000.00
**Cold storage dock given as additional
security to AgWest.  The property is owned
by Yak-Tat Kwaan Inc**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $7,765,000.0
0

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Yak Timber Inc**
Name

Case number (if known)    **23-00080**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Yak Timber Inc**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) **23-00080**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alaska Div of Forestry**<br>**550 W 7th Ave #1360**<br>**Anchorage, AK 99501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$69,380.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Alaska Marine Lines**<br>**5615 W Marginal Way**<br>**Seattle, WA 98106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$31,060.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Alaska National Insurance**<br>**7001 Jewel Lake Rd**<br>**Anchorage, AK 99502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Insurance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,111.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**City-Borough of Yakutat**<br>**PO Box 160**<br>**Yakutat, AK 99689**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Taxes**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,916.00** |

Debtor     **Yak Timber Inc**

Name

Case number (if known)    **23-00080**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,454.00** |
|---|---|---|---|
| | **CMI**<br>**5400 Homer Dr**<br>**Anchorage, AK 99518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|
| | **Greatland Consulting**<br>**6606 Vista Dr**<br>**Ketchikan, AK 99901** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Consulting services** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,798.00** |
|---|---|---|---|
| | **IPFS Corporation**<br>**1055 Broadway**<br>**Kansas City, MO 64105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Financing of insurance** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,773.00** |
|---|---|---|---|
| | **Landings at Colony Wharf LLC**<br>**1001 C Street**<br>**Bellingham, WA 98227** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vessel repair /drydock** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,803.00** |
|---|---|---|---|
| | **Legros Buchanan & Paul**<br>**4025 Delridge Way SW #100**<br>**Seattle, WA 98106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Legal services** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00** |
|---|---|---|---|
| | **Nelson Petroleum Co**<br>**1125 80th Street SW**<br>**Everett, WA 98203** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Fuel** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,748.00** |
|---|---|---|---|
| | **Pac Rim Building Supply**<br>**3901 Raymond Ave SW**<br>**Renton, WA 98057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Supplies** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Yak Timber Inc**
_____
Name

Case number (if known)    **23-00080**
_____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Pacific Rim Log Scaling Bureau**
**8288 28th Court NE, Suite A**
**Lacy, WA 98516**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,903.00** |
|---|---|---|---|

**Pape Kenworth Truck Parts**
**5931 4th Ave S**
**Seattle, WA 98108**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$395,682.00** |
|---|---|---|---|

**Petro Marine**
**1813 E 1st Avenue**
**Anchorage, AK 99501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Ridge Marine**
**9600 Vanguard Drive**
**Anchorage, AK 99507**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of barge**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,463.00** |
|---|---|---|---|

**Schwabe Williamson & Wyatt**
**1211 SW Fifth Ave #1900**
**Portland, OR 97204**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.00** |
|---|---|---|---|

**Seward Boat Harbor**
**1300 4th Ave**
**Seward, AK 99664**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Harbor fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,219.00** |
|---|---|---|---|

**Woods Logging Supply**
**702 Industrial Way**
**Longview, WA 98632**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Yak Timber Inc**
_____
       Name

Case number (if known)   **23-00080**
_____

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,528,285.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,528,285.00 |

Fill in this information to identify the case:

Debtor name      **Yak Timber Inc**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    **23-00080**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Load King 60 ton lowboy trailer  $5,000 / mo** | |
| | State the term remaining | **Open** | **Darling & Sons**<br>**PO Box 1838**<br>**Woodinville, WA 98072** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Detailed Plan of Operations - permit at Humpy Creek** | |
| | State the term remaining | **Expires 12/31/23** | **State of AK - Dept of Natural Resources Division of Forestry**<br>**PO Box 111031**<br>**Juneau, AK 99801** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **Yak Timber Inc**

United States Bankruptcy Court for the:     DISTRICT OF ALASKA

Case number (if known)     **23-00080**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Yak-Tat Kwaan Inc** | **PO Box 416 Yakutat, AK 99689** | **AgWest Farm Credit** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Yak-Tat Kwaan Inc** | **PO Box 416 Yakutat, AK 99689** | **AgWest Farm Credit** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Yak-Tat Kwaan Inc** | | **AgWest Farm Credit** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Yak-Tat Kwaan, Inc** | **PO Box 416 Yakutat, AK 99689** | **AgWest Farm Credit** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name **Yak Timber Inc**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number (if known) **23-00080**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$285,250.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,360,067.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,080,453.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    Yak Timber Inc                                                    Case number *(if known)*   23-00080

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Yak Timber Inc v. Bethel Environmental Solutions LLC 3:22-cv-00255-JMK | Contract | US District Court for District of AK | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | AgWest Farm Credit v. Kimberly C, O.N. 596518 et al. 3:23-cv-00072-HRH | Contract | US District Court for the district of AK | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | David Spigai & Greatland Consultant v. Yak Timber & Yak-Tat Kwaan Inc 1KE-23-00082 CI | Foreclosure | District Court of AK at Ketchikan | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | AK National Insurance Co v. Yak Timber, Inc 1YA-23-00003 CI | Debt Collection | District Court of AK at Yakutat | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | State of AK v Yak Timber | Administrative: Assessment for damages | | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Yak Timber Inc**                                   Case number *(if known)*   **23-00080**

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP<br>601 Union St #5000<br>Seattle, WA 98101** | | **4/11/23** | **$20,000.00** |
| | **Email or website address<br>tbuford@bskd.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | | | **Payment of $15,000 on May 9, 2023<br>Payment of $35,000 on May 10, 2023** | |
| | **Beaty & Draeger<br>3900 Arctic Blvd., Suite 101<br>Anchorage, AK 99503** | | | **$50,000.00** |
| | **Email or website address<br>beaty-draeger@ak.net** | | | |
| | **Who made the payment, if not debtor?<br>Yak-Tat Kwaan Inc** | | | |

Debtor     **Yak Timber Inc**                                                    Case number *(if known)*     **23-00080**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    Yak Timber Inc _____    Case number *(if known)*  **23-00080**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.**  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Yak Timber Inc**                                                Case number *(if known)*    **23-00080**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **DEC** | | **10 gallons of fuel spilled over side of barge. The matter was resolved with no penalties** | **July 2022** |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ashley Beedle CPA**<br>**9309 Glacier Hwy Suite B-200**<br>**Juneau, AK 99801** | **10/10/18 - 2/28/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Porter & Allison**<br>**18701 Denmark Circle**<br>**Anchorage, AK 99516** | **5/06/19 - 5/26/22** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor   **Yak Timber Inc**                                                    Case number *(if known)*   **23-00080**

| Name and address | |
|---|---|
| 26d.1. | **AgWest Farm Credit Services**<br>**2157 N. Northlake Way, Suite 120**<br>**Seattle, WA 98103** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Bremner** | **15728 Larch Way**<br>**Lynnwood, WA 98087-2636** | **President & director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sheri Nelson** | **PO Box 117**<br>**Yakutat, AK 99689** | **Vice president and director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Terri Bogren** | **4000 Wyoming Dr #2**<br>**Anchorage, AK 99517-2611** | **Secretary and director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shari Jensen** | **PO Box 52**<br>**Yakutat, AK 99689** | **Treasurer and director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Melony Jackson** | **339 Shannon Dr**<br>**Fairbanks, AK 99701-3236** | **Chairwoman and director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Klushkan** | **213 Kimsham St**<br>**Sitka, AK 99835-7124** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ted Valle** | **PO Box 272**<br>**Yakutat, AK 99689** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Verna Henniger** | **PO Box 275**<br>**Yakutat, AK 99689** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marvin Adams** | **2984 Brandywine Ave**<br>**Anchorage, AK 99502** | **CEO** | **0%** |

Debtor    Yak Timber Inc                                                                 Case number *(if known)*   **23-00080**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Yak-Tat Kwaan Incorporated** | **PO Box 416 Yakutat, AK 99689** | | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Yak-Tat Kwaan Inc** | **EIN:   92-0045602** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 25, 2023**

**/s/ Marvin Adams**                                          **Marvin Adams**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Alaska

In re   __Yak Timber Inc__                                     Case No.   __23-00080__

Debtor(s)                          Chapter   __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Yak-Tat Kwaan, Inc:  Fees $425/hr.  Counsel received $50,000 prior to filing and billed $23,630 prior to filing.**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **Yak-Tat Kwaan, Inc**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 25, 2023__
*Date*

/s/ Terry P. Draeger
**Terry P. Draeger 8606049**
*Signature of Attorney*
**Beaty & Draeger, Ltd**
**3900 Arctic Blvd., Suite 101**
**Anchorage, AK 99503**
**(907) 563-7889   Fax: (907) 562-6936**
**draeger@ak.net**
*Name of law firm*

# United States Bankruptcy Court
## District of Alaska

In re   **Yak Timber Inc**                                                   Case No.   **23-00080**
                                        Debtor(s)                            Chapter    **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:                     $ _____ **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income                                                 $ _____ **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

    3. Net Employee Payroll (Other Than Debtor)       $ _____ **0.00**
    4. Payroll Taxes                                                    _____ **0.00**
    5. Unemployment Taxes                                               _____ **0.00**
    6. Worker's Compensation                                            _____ **0.00**
    7. Other Taxes                                                      _____ **0.00**
    8. Inventory Purchases (Including raw materials)                    _____ **0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray                           _____ **0.00**
    10. Rent (Other than debtor's principal residence)                  _____ **0.00**
    11. Utilities                                                       _____ **0.00**
    12. Office Expenses and Supplies                                     _____ **0.00**
    13. Repairs and Maintenance                                         _____ **0.00**
    14. Vehicle Expenses                                                _____ **0.00**
    15. Travel and Entertainment                                        _____ **0.00**
    16. Equipment Rental and Leases                                     _____ **0.00**
    17. Legal/Accounting/Other Professional Fees                        _____ **0.00**
    18. Insurance                                                       _____ **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)                _____ **0.00**

    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

        DESCRIPTION                                      TOTAL

    21. Other (Specify):

        DESCRIPTION                                      TOTAL

    22. Total Monthly Expenses (Add items 3-21)                             $ _____ **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)           $ _____ **0.00**

# Yak Timber Inc

## Profit and Loss

May 2022 - April 2023

| | TOTAL |
|---|---|
| **Income** | |
| 4300 Resource Revenue | |
| 4350 Timber Sales | 1,025,416.99 |
| 4352 Lumber Sales | 1,543.53 |
| **Total 4300 Resource Revenue** | **1,026,960.52** |
| 4400 Other revenue | 145,349.07 |
| Uncategorized Income | 6,446.23 |
| **Total Income** | **$1,178,755.82** |
| Cost of Goods Sold | |
| 5100 Cost of Goods Sold | |
| 5110 Timber Costs - other | 17,173.34 |
| 5120 Freight and shipping | 30,272.17 |
| 5125 Timber Fuel | 292,629.28 |
| 5130 Forester contractor | 42,422.01 |
| 5132 Timber Contract Labor | 36,744.52 |
| 5133 Timber Scaling Contractor | 12,796.90 |
| 5140 Field Supplies | 70,831.62 |
| 5150 Equipment rental/lease | 106,660.13 |
| 5151 Fuel Tank Lease | 92.88 |
| 5160 Timber Travel | 3,295.64 |
| 5170 Timber meals | 18,700.93 |
| 5180 Timber Equipment Expense | 137,952.66 |
| 5200 Timber payroll | 1,216,398.87 |
| 5210 Timber payroll taxes | 130,552.27 |
| 5220 Workers Comp | 22,445.00 |
| 5230 Timber insurance | 146,423.15 |
| 5250 Sawmill Expenses | 2,235.00 |
| 5401 Worker's Comp | 14,226.00 |
| 5402 Sawmill Sales Tax | 702.96 |
| **Total 5250 Sawmill Expenses** | **17,163.96** |
| 5300 Tug & Barge Expenses | |
| 5302 Worker's Comp | 5,390.00 |
| 5303 Wages - Tug/Barge | 165,400.00 |
| 5305 Barge Field Supplies | 1,064.04 |
| 5307 Barge Crew Meals | 6,161.21 |
| 5309 Barge Equipment Expense | 109,006.61 |
| 5525 Barge Fuel | 154,446.65 |
| **Total 5300 Tug & Barge Expenses** | **441,468.51** |

# Yak Timber Inc

## Profit and Loss

May 2022 - April 2023

| | TOTAL |
|---|---|
| Total 5100 Cost of Goods Sold | 2,744,023.84 |
| Total Cost of Goods Sold | $2,744,023.84 |
| GROSS PROFIT | $ -1,565,268.02 |
| Expenses | |
| 6300 Donations | |
| 6500 Insurance | 500.00 |
| 6505 Auto insurance | 21,704.68 |
| 6515 Workers compensation | 1,215.00 |
| Total 6500 Insurance | 22,919.68 |
| 66000 Payroll Expenses | 189,136.58 |
| 6700 Office expense | |
| 6710 Bank services fees | 1,790.78 |
| 6720 Dues and subscriptions | 1,360.56 |
| 6727 Equipment expense | 915.64 |
| 6735 Internet & website expense | 4,173.98 |
| 6740 Postage & delivery | 60.00 |
| 6745 Rent expense | 10,000.00 |
| 6752 Shipping | 1,002.15 |
| 6755 Supplies expense | 2,353.80 |
| 6760 Telephone | 6,842.38 |
| 6765 Automobile Expense | 178.88 |
| 6770 Business License & Permits | 50.00 |
| Total 6700 Office expense | 28,728.17 |
| 6900 Professional fees | |
| 6915 Consulting | 54,960.69 |
| 6920 Legal fees | 59,407.54 |
| 6925 Director Fees & Per Diem | 70,976.66 |
| Total 6900 Professional fees | 185,344.89 |
| 7100 Rental, Utilities & Facility | 8,305.59 |
| 7105 Boat moorage | 1,816.13 |
| 7110 Electric | 10,729.26 |
| 7115 Heating fuel | 5,351.70 |
| 7125 Rent | 52,550.00 |
| 7140 Water & sewer | 1,621.00 |
| 7195 Utility Reimbursement | -167.21 |
| Total 7100 Rental, Utilities & Facility | 80,206.47 |
| 7200 Repair and maintenance | |
| 7215 Repair and maintenance expense | 215.14 |
| Total 7200 Repair and maintenance | 215.14 |

# Yak Timber Inc

## Profit and Loss

May 2022 - April 2023

| | TOTAL |
|---|---|
| 7400 Salaries, wages & payroll taxes | |
| 7401 Salaries | |
| 7403 Contract labor | 73,259.24 |
| 7415 Payroll Taxes | 8,890.65 |
| Total 7400 Salaries, wages & payroll taxes | 5,866.37 |
| | 88,016.26 |
| 7600 Travel | |
| 7605 Airfare | 20.00 |
| 7610 Car Rental/Fuel | 75,865.91 |
| 7615 Lodging | 15,030.47 |
| 7620 Meals & Entertainment | 19,589.01 |
| 7625 Per Diem | 1,619.41 |
| Total 7600 Travel | 5,139.45 |
| | 117,264.25 |
| Uncategorized Expense | |
| Total Expenses | 800.00 |
| | **$713,131.44** |
| NET OPERATING INCOME | **$ -2,276,399.46** |
| Other Expenses | |
| 9500 Interest expense | |
| 9501 Farm Credit Interest Expense | |
| Total 9500 Interest expense | 103,765.60 |
| | **103,765.60** |
| 9510 Depreciation | 1,063,757.79 |
| 9999 SUSPENSE | -253,903.24 |
| Total Other Expenses | **$913,620.15** |
| NET OTHER INCOME | **$ -913,620.15** |
| NET INCOME | **$ -3,192,019.61** |