```
                UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF ALASKA
```

|  |  |
|---|---|
| **In re:** | ) |
|  | ) **Case No. 23-00080-GS** |
|  | ) **Chapter 11** |
| **YAK TIMBER INC.,** | ) |
|  | ) **ORDER ON DAVID SPIGAI'S** |
|  | ) **MOTION FOR ADEQUATE PROTECTION** |
| Debtor. | ) |
|  | ) <u>**Hearing Date**</u> |
|  | ) **DATE: May 25, 2023** |
|  | ) **TIME: 10:00 a.m.** |

On May 25, 2023, the court held a hearing on the Emergency Motion for Adequate Protection Against Log Transfer (ECF No. 18). Attorney Terry Draeger appeared for the debtor, with the debtor's chief executive officer, Marvin Adams. Attorney Leif Thompson appeared for the movant, David Spigai. Attorney Jennifer Doran appeared for International Forest Products LLC. Attorneys Binah Yeung and John Rizzardi appeared for secured creditor AgWest Farm Credit PCA. Attorney Kathryn Evans appeared for the United States Trustee.[1]

---

[1] At the conclusion of the hearings, the court requested that counsel for Mr. Spigai lodge a proposed order. Counsel has submitted the proposed order and filed a notice of the proposed order (ECF No. 54) indicating that the U.S. Trustee, AgWest and IFP have approved the form of the order. The notice further includes a redline version with additional suggestions from the debtor. The court has modified the order to add some additional detail and comments. The court declines to add the language proposed by the debtor but agrees that the question of the potential holdback of final payment from IFP for the purchase of the logs is a significant question raised during the

1

Yak Timber, Inc. has approximately 1 million board feet of timber in its sortyard at Sawmill Cove in Yakutat, Alaska. David Spigai has claimed a timber lien over these logs. On May 16, 2023, he filed a motion for adequate protection to protect the collateral logs from a woodboring pest, the Ambrosia Beetle (ECF No. 11). On May 18, 2023, Mr. Spigai filed a motion to protect against log removal as he stated that the logs had been sold to a third party (ECF No. 18).

International Forest Products LLC ("IFP") has entered an appearance in the case and advised that it has purchased the logs prepetition. At the hearing, IFP advised that it would take a significant amount of time before it would be able to arrange the removal of the logs, that the logs at issue would not fill the container required for transport, and that it would prefer to acquire sufficient timber to fill the transport container. IFP agreed to give prior notice of its intent to transport the logs.

Secured creditor Agwest Farm Credit PCA ("AgWest") also claims a security interest in the logs and any proceeds therefrom.

---

hearing. As the court noted, much was said at the hearing, but no evidence was presented. The court has requested clarification of any holdbacks from the IFP sale but the resolution of that question is not necessary for purposes of this order.

After considerable discussion with the parties,

IT IS HEREBY ORDERED that the parties interested in the logs are to meet and confer concerning the Ambrosia beetle threat and take appropriate measures as necessary to maximize the value of the logs.

IT IS FURTHER ORDERED that International Forest Products, LLC is to provide at least two weeks' advance notice of any intention to remove the logs from the Yak Timber Inc. sortyard to Mr. Spigai and AgWest. That is, it must notify Mr. Spigai and AgWest of its intentions to collect the logs 14 days or more in advance before it may do so. IFP shall further file a notice of any funds, if any, paid to the Debtor in association with these logs.

Date: June 5, 2023

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:　Debtor
　　　　T. Draeger, Esq.
　　　　L. Thompson, Esq.
　　　　J. Doran, Esq.
　　　　B. Yeung, Esq.
　　　　J. Rizzardi, Esq.
　　　　J. Faubion, Esq.
　　　　K. Evans, Esq.
　　　　U.S. Trustee
　　　　ECF Participants via NEF