## EXHIBIT C

Liquidation Analysis

**RETAINED ASSET LIQUIDATION ANALYSIS**

| Retained Asset Description | Ch. 11 Plan Value | Ch. 7 Liquidation Value[1] |
|---|---|---|
| Fuel Tanks | $470,000 | $400,000 |
| Steel Building | $750,000 | $500,000 |
| Bethel Litigation Proceeds | $450,000 | $300,000 |
| Cash | $100,000 | $100,000 |
| **SUBTOTAL** | **$1,770,000** | **$1,300,000** |
| **Costs of Retained Asset Liquidation** | **Ch. 11 Plan Costs** | **Ch. 7 Liquidation Costs** |
| Costs of Retained Asset Liquidation (Debtor's Attorneys and Staff) | ($150,000) | $0 |
| **SUBTOTAL** | ($150,000) | $10 |
| **RELIEF ASSET NET TOTAL** | $1,620,000 | $1,300,000 |

---

[1] Chapter 7 liquidation values discounted as compared to higher value available in organized liquidation facilitated by Debtor and its professionals that are already familiar with the assets and existing opportunities to sell them.

*Exhibit C – Liquidation Analysis*

Page 1 of 5

## RELIEF ASSET LIQUIDATION ANALYSIS

| Relief Asset Description | Ch. 11 Plan Value | Ch. 7 Liquidation Value |
|---|---|---|
| All | $10,000,000 | $8,000,000 |
| **SUBTOTAL** | $10,000,000 | $8,000,000 |
| **Costs of Relief Asset Liquidation** | | |
| See attached Budget | ($1,746,055.08) | ($1,746,055.08) |
| **SUBTOTAL** | ($1,746,055.08) | ($1,746,055.08) |
| **RELIEF ASSET NET TOTAL** | $8,253,944.92 | $6,253.944.92 |

## COSTS APPLICABLE TO BOTH THE LIQUIDATION OF RELIEF ASSETS AND RETAINED ASSETS

| Cost Description | Chapter 11 | Chapter 7 |
|---|---|---|
| U.S. Trustee Fees | ($80,000) | $0 |
| Chapter 7 Trustee's Attorney and Accountant | $0 | ($100,000) |
| Chapter 7 Trustee's Commission | $0 | ($300,000) |
| **SUBTOTAL** | ($80,000) | ($400,000) |

## SUMMARY LIQUIDATION ANALYSIS

| Elements of Assets and Costs | Chapter 11 | Chapter 7 |
|---|---|---|
| Retained Assets Net Value | $1,620,000 | $1,300,000.00 |
| Relief Assets Net Value | $8,253,944.92 | $6,253,944.92 |
| Costs Applicable to Both Retained Assets and Relief Assets | ($80,000) | ($400,000) |
| TOTAL | $9,793,944.92 | $7,153,944.92 |

## RELIEF ASSETS PLAN BUDGET

| Description | Oct-23 Budget/Act | Nov-23 Budget | Dec-26 Budget | Jan-24 Budget | TOTALS | |
|---|---:|---:|---:|---:|---:|---:|
| Marvin's Pay | $9,168.00 | $18,335.00 | $18,335.00 | $9,168.00 | $55,006.00 | 3.15% |
| Backpay Crew Wages | $210,268.80 | $80,000.00 | $0.00 | $0.00 | $290,268.80 | 16.62% |
| Backpay Labor Wages | $0.00 | $22,000.00 | $0.00 | $0.00 | $22,000.00 | 1.26% |
| Crew Payroll | $0.00 | $80,000.00 | $80,000.00 | $40,000.00 | $200,000.00 | 11.45% |
| Labor Payroll | $0.00 | $22,000.00 | $22,000.00 | $0.00 | $44,000.00 | 2.52% |
| Fuel | $0.00 | $138,000.00 | $138,000.00 | $138,000.00 | $414,000.00 | 23.71% |
| Insurance | $61,280.28 | $35,000.00 | $35,000.00 | $35,000.00 | $166,280.28 | 9.52% |
| Moorage / Storage | $0.00 | $5,000.00 | $5,000.00 | $10,000.00 | $20,000.00 | 1.15% |
| Marine Surveyor | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | 0.57% |
| Tug Repairs/Supplies | $0.00 | $43,500.00 | $20,500.00 | $20,500.00 | $84,500.00 | 4.84% |
| Barge Repairs | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 | $80,000.00 | 4.58% |
| Galley Supplies | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 | $30,000.00 | 1.72% |
| Marvin's Travel | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $15,000.00 | 0.86% |
| Permits | $0.00 | $10,000.00 | $5,000.00 | $0.00 | $15,000.00 | 0.86% |
| Equipment Repairs | $0.00 | $200,000.00 | $100,000.00 | $0.00 | $300,000.00 | 17.18% |
| **TOTALS** | **$280,717.08** | **$708,835.00** | **$458,835.00** | **$297,668.00** | **$1,746,055.08** | **100.00%** |