UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

Clear All Fields

Save

In Re. YAK TIMBER, INC.  §
§
§
Debtor(s)  §

Case No. 23-00080

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2023      Petition Date: 05/11/2023

Months Pending: 8      Industry Classification: 2 4 1 1

Reporting Method:      Accrual Basis ☐      Cash Basis ⦿

Debtor's Full-Time Employees (current):      3

Debtor's Full-Time Employees (as of date of order for relief):      7

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☒ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael R. Mills                                    Michael R. Mills
Signature of Responsible Party                          Printed Name of Responsible Party

01/22/2024
Date

                                                        1031 W. 4th Ave., Ste. 600, Anchorage, AK 99501
                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1

| Debtor's Name YAK TIMBER, INC. | | Case No. 23-00080 |
|---|---|---|
| | Save | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $76,299 | |
| b. Total receipts (net of transfers between accounts) | $76,806 | $0 |
| c. Total disbursements (net of transfers between accounts) | $150,472 | $0 |
| d. Cash balance end of month (a+b-c) | $2,633 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $150,472 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $766,121 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $766,121 |
| c. Inventory   (Book ●   Market ○   Other ○   (attach explanation)) | $50,700 |
| d. Total current assets | $435,811 |
| e. Total assets | $8,760,767 |
| f. Postpetition payables (excluding taxes) | $540,500 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $333,716 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $874,216 |
| k. Prepetition secured debt | $13,011,939 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $1,417,964 |
| n. Total liabilities (debt) (j+k+l+m) | $15,304,119 |
| o. Ending equity/net worth (e-n) | $-6,543,352 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $8,040 | |
| c. Gross profit (a-b) | $-8,040 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-121,123 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $52,357 | |
| k. Profit (loss) | $1,148,091 | $0 |

UST Form 11-MOR (12/01/2021)                                               2

Debtor's Name  YAK TIMBER, INC.                                    Case No.  23-00080

[Save]

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | $0 | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | $0 | $0 | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ | No ● |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ | No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○  N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● | No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ● | No ○ |

UST Form 11-MOR (12/01/2021)                                    3

Debtor's Name  YAK TIMBER, INC.                                    Case No.  23-00080

[Save]

| | | |
|---|---|---|
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Jennethan Kaufman | Jennethan Kaufman |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 01/22/2024 |
| Title | Date |

[Save]    [Generate PDF for Court Filing and Remove Watermark]

UST Form 11-MOR (12/01/2021)                              4

# Yak Timber, Inc.
## Statement of Cash Flows
### December 2023

|  | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -53,997.40 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1150 Employee Advance | 6,000.00 |
| 2000 Accounts Payable | 1,640.85 |
| 2220 Accrued Payroll Liabilities:ESC Payable | 336.60 |
| 2230 Accrued Payroll Liabilities:Federal Withholding Tax Payable | -3,006.30 |
| 2240 Accrued Payroll Liabilities:FUTA Payable | 1.20 |
| Accrued Payroll Liabilities:*Payroll Liabilities:Child Support Payable | -24,640.49 |
| Direct Deposit Payable | 0.00 |
| Payroll Liabilities:Employee Advance | 0.00 |
| Payroll Liabilities:OR Income Tax | 0.00 |
| Payroll Liabilities:OR Statewide Transit Taxes | 0.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | -19,668.14 |
| **Net cash provided by operating activities** | **$ -73,665.54** |
| **NET CASH INCREASE FOR PERIOD** | **$ -73,665.54** |
| Cash at beginning of period | 76,299.14 |
| **CASH AT END OF PERIOD** | **$2,633.60** |

# Yak Timber, Inc.
## Balance Sheet
As of December 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1000 Cash | |
|         1010 Key Bank | 0.00 |
|         1011 First National Bank of Alaska 1184 | -57.36 |
|         1012 US Bank | 1,935.00 |
|         1013 Petty Cash | 18.50 |
|         1014 FNBA 0858 | 737.46 |
|       **Total 1000 Cash** | **2,633.60** |
|     **Total Bank Accounts** | **$2,633.60** |
|     Accounts Receivable | |
|       1100 Accounts Receivable | 766,121.00 |
|     **Total Accounts Receivable** | **$766,121.00** |
|     Other Current Assets | |
|       1150 Employee Advance | 0.00 |
|       1160 Miscellaneous Receivable | 0.00 |
|       1200 Timber Inventory | 0.00 |
|       1200.1 Lumber Invetory | 50,700.00 |
|       12000 *Undeposited Funds | 0.00 |
|       1201 Prepaid Fuel | 44,468.82 |
|       1202 Cabins | 128,000.00 |
|       12100 Inventory Asset | -3,293.42 |
|       1300 Prepaid Expenses | 24,720.00 |
|       1400 Equipment Deposit | 10,000.00 |
|       1410 Rental Deposit | 3,750.00 |
|       1420 Farm Credit Escrow | 0.00 |
|       1430 Capital Investment | 0.00 |
|       Correct Cash Balance to Actual | 177,465.24 |
|       Payroll Corrections | 0.00 |
|     **Total Other Current Assets** | **$435,810.64** |
|   **Total Current Assets** | **$1,204,565.24** |
|   Fixed Assets | |
|     1700 Land and Buildings | |
|       1710 Buildings - Warehouse | 411,923.98 |
|     **Total 1700 Land and Buildings** | **411,923.98** |

# Yak Timber, Inc.
## Balance Sheet
As of December 31, 2023

| | TOTAL |
|---|---:|
| 1750 Equipment & Vehicles | 12,000.00 |
| 1755 Computer Equipment | 4,535.55 |
| 1760 Equipment | 8,096,255.99 |
| 1761 Capital Lease Equipment | 0.00 |
| 1765 Vehicles | 365,575.53 |
| 1770 Tug | 2,015,649.58 |
| 1775 Barge | 2,046,840.50 |
| **Total 1750 Equipment & Vehicles** | **12,540,857.15** |
| 1780 Software | 576.45 |
| 1800 Accumulated Depreciation | -5,247,125.66 |
| **Total Fixed Assets** | **$7,706,231.92** |
| Other Assets | |
| 1902 AMHTA Deposit (in lieu of Bond) | 50,000.00 |
| **Total Other Assets** | **$50,000.00** |
| **TOTAL ASSETS** | **$8,960,797.16** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 1,617,991.00 |
| **Total Accounts Payable** | **$1,617,991.00** |
| Other Current Liabilities | |
| 2110 Direct Deposit Liabilities | -36,233.54 |
| 2200 Accrued Payroll Liabilities | |
| 2205 Accrued Wages | 0.00 |
| 2220 ESC Payable | 4,259.80 |
| 2230 Federal Withholding Tax Payable | 56,381.37 |
| 2240 FUTA Payable | 252.90 |
| 24001 *Payroll Liabilities | 333,251.70 |
| Child Support Payable | 93.89 |
| **Total 24001 *Payroll Liabilities** | **333,345.59** |
| **Total 2200 Accrued Payroll Liabilities** | **394,239.66** |
| 2300 CMI Short Term Loan | 0.00 |
| 2310 Loan from Kaufman | -24,309.10 |
| 2320 PPP Loan | 0.00 |
| Direct Deposit Payable | 0.00 |
| Payroll Liabilities | |
| Employee Advance | 0.00 |
| OR Statewide Transit Taxes | 22.18 |
| **Total Payroll Liabilities** | **22.18** |
| **Total Other Current Liabilities** | **$333,719.20** |

# Yak Timber, Inc.
## Balance Sheet
As of December 31, 2023

| | TOTAL |
|---|---:|
| **Total Current Liabilities** | **$1,951,710.20** |
| Long-Term Liabilities | |
| 2500 Loan from Yak Tat Kwaan | 540,500.00 |
| 2501 Capital Lease Liability | 0.00 |
| 2502 Farm Credit Loan | 4,694,385.84 |
| 2502.1 Financing Costs | -64,218.00 |
| 2502.2 Accumulated Amortization | 10,167.85 |
| Total 2502.1 Financing Costs | -54,050.15 |
| Total 2502 Farm Credit Loan | 4,640,335.69 |
| 2503 Farm Credit LOC | 3,988,502.01 |
| 2504 Farm Credit Equipment Loan | 426,895.03 |
| 2504.1 Financing Costs | -24,338.50 |
| 2504.2 Accumulated Amortization | 4,056.42 |
| Total 2504.1 Financing Costs | -20,282.08 |
| Total 2504 Farm Credit Equipment Loan | 406,612.95 |
| 2505 Farm Credit Tug Loan | 1,401,682.93 |
| 2506 Farm Credit Sawmill Loan | 712,930.66 |
| 2506.1 Financing Costs | -3,750.00 |
| Total 2506 Farm Credit Sawmill Loan | 709,180.66 |
| 2507 Barge Loan | 1,875,000.00 |
| 2507.1 Financing Costs | -9,375.00 |
| Total 2507 Barge Loan | 1,865,625.00 |
| **Total Long-Term Liabilities** | **$13,552,439.24** |
| **Total Liabilities** | **$15,504,149.44** |
| Equity | |
| 3001 Paid-In Capital | 299,055.00 |
| 32000 Retained Earnings | -4,319,475.36 |
| Net Income | -2,522,931.92 |
| **Total Equity** | **$ -6,543,352.28** |
| **TOTAL LIABILITIES AND EQUITY** | **$8,960,797.16** |

# Yak Timber, Inc.

## Profit and Loss
### December 2023

| | TOTAL |
|---|---:|
| **Income** | |
| **Total Income** | |
| Cost of Goods Sold | |
|   5100 Cost of Goods Sold | |
|     5150 Equipment rental/lease | 6,165.30 |
|     5180 Timber Equipment Expense | 1,875.08 |
|   **Total 5100 Cost of Goods Sold** | **8,040.38** |
| **Total Cost of Goods Sold** | **$8,040.38** |
| **GROSS PROFIT** | **$ -8,040.38** |
| Expenses | |
|   66000 Payroll Expenses | |
|     Wages | 107,380.00 |
|   **Total 66000 Payroll Expenses** | **107,380.00** |
|   6700 Office expense | |
|     6710 Bank services fees | 95.00 |
|     6720 Dues and subscriptions | 681.45 |
|     6735 Internet & website expense | 1,385.31 |
|     6755 Supplies expense | 9.99 |
|     6760 Telephone | 78.39 |
|   **Total 6700 Office expense** | **2,250.14** |
|   7100 Rental, Utilities & Facility | |
|     7110 Electric | 1,627.01 |
|   **Total 7100 Rental, Utilities & Facility** | **1,627.01** |
|   7400 Salaries, wages & payroll taxes | |
|     7415 Payroll Taxes | 7,600.22 |
|   **Total 7400 Salaries, wages & payroll taxes** | **7,600.22** |
|   7600 Travel | |
|     7605 Airfare | 1,625.25 |
|     7610 Car Rental/Fuel | 640.34 |
|   **Total 7600 Travel** | **2,265.59** |
| **Total Expenses** | **$121,122.96** |
| **NET OPERATING INCOME** | **$ -129,163.34** |
| Other Income | |
|   AgWest | 76,806.79 |
| **Total Other Income** | **$76,806.79** |
| **NET OTHER INCOME** | **$76,806.79** |
| **NET INCOME** | **$ -52,356.55** |

# First National Bank ALASKA
MEMBER FDIC

P.O. BOX 100720
ANCHORAGE, AK 99510

**RETURN SERVICE REQUESTED**

YAK TIMBER INC
301 WATER TANK RD
YAKUTAT AK 99689

**Statement Ending 12/29/2023**

YAK TIMBER INC
Account Number: XXXXXX1184

Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Phone Number | (907) 777-4362 |
| 📱 | Toll Free | (800) 856-4362 |
| 💻 | Website | FNBAlaska.com |
| 🏛 | Routing Number | 125200060 |



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX1184 | -$57.36 |

## BUSINESS CHECKING-XXXXXX1184

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 12/01/2023 | Beginning Balance | $73,608.18 | Minimum Balance | -$45.36 |
| | 4 Credit(s) This Period | $79,376.79 | Average Ledger Balance | $28,852.05 |
| | 45 Debit(s) This Period | $153,042.33 | | |
| 12/29/2023 | Ending Balance | -$57.36 | | |
| | Service Charges | $12.00 | | |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | AgWest AgWest/Yak Timber/Payroll | $4,220.00 |
| 12/01/2023 | AgWest AgWest/Yak Timber/Reimburs Exp | $17,267.25 |
| 12/04/2023 | AgWest AgWest/Yak Timber/Starlink | $5,140.00 |


NMLS# 640297

**Shaping Tomorrow Since 1922**


## BUSINESS CHECKING-XXXXXX1184 (continued)

### Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/13/2023 | AgWest AgWest/Yak Timber/payroll | $52,749.54 |
| | | 4 item(s) totaling $79,376.79 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | XX6402 POS PURCHASE 11/30 06:46 INTUIT * QuickBoo CL.INTUIT.COM CA 38811277 38747 | $681.45 |
| 12/04/2023 | XX6402 DDA PYMNT 12/04 10:41 MICROSOFT* ADDITI MSBILL.INFO WA 04221150 333883972 | $9.99 |
| 12/04/2023 | XX6402 POS PURCHASE 12/02 02:37 SATELLITE PHONE SARASOTA FL 33403810 597195 | $78.39 |
| 12/04/2023 | XX6402 POS PURCHASE 12/01 04:29 SEAPORT TELECOMM KETCHIKAN AK 02054783 213229 | $100.00 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $2,406.94 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $3,465.28 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $4,325.61 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $4,576.83 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $5,248.70 |
| 12/04/2023 | PAYROLL PAYROLL 17607704 | $7,550.38 |
| 12/05/2023 | XX6402 POS PURCHASE 12/05 02:04 Starlink Interne 3106829683 CA 17530023 374659 | $11,095.00 |
| 12/05/2023 | IRS USATAXPYMT 270373942583832 | $250.00 |
| 12/05/2023 | IRS USATAXPYMT 270373955890024 | $3,006.30 |
| 12/06/2023 | XX6402 POS PURCHASE 12/05 10:16 AIRPORT EQUIPMEN ANCHORAGE AK 70000106 490585 | $17,566.51 |
| 12/06/2023 | XX6402 POS PURCHASE 12/05 10:54 LFS ANCHORAGE ANCHORAGE AK 19000012 484921 | $260.64 |
| 12/06/2023 | XX6402 POS PURCHASE 12/06 16:22 Starlink Interne 3106829683 CA 39560020 843320 | $696.48 |
| 12/07/2023 | XX6402 POS PURCHASE 12/05 10:04 ARG-ARRS ANCHORA ANCHORAGE AK 13552067 212361 | $710.31 |
| 12/07/2023 | XX6402 POS PURCHASE 12/05 17:57 ALASKA A SEATTLE WA 58223000 115506 | $33.96 |
| 12/11/2023 | XX6402 POS PURCHASE 12/09 15:09 ECONOMY AUTO LEA YAKUTAT AK 33153092 347984 | $109.35 |
| 12/11/2023 | XX6402 POS PURCHASE 12/09 14:40 ECONOMY AUTO LEA YAKUTAT AK 33153084 250500 | $35.93 |
| 12/11/2023 | XX6402 POS PURCHASE 12/09 14:16 PATE CONSTRUCTIO YAKUTAT AK 33153167 256161 | $178.58 |
| 12/11/2023 | XX6402 POS PURCHASE 12/08 14:52 PATE CONSTRUCTIO YAKUTAT AK 33153142 434419 | $457.70 |
| 12/11/2023 | XX6402 POS PURCHASE 12/07 09:29 DARLING SONS INT SNOHOMISH WA 00669707 619098 | $707.60 |
| 12/13/2023 | XX6402 POS PURCHASE 12/11 14:05 ALASKA A SEATTLE WA 51299288 370343 | $5,000.00 |
| 12/13/2023 | XX6402 POS PURCHASE 12/11 14:17 ALASKA A SEATTLE WA 51301282 540600 | $450.60 |
| 12/13/2023 | AK VILLAGE ELEC UTILITY 0232672 | $1,065.30 |
| 12/13/2023 | AgWest AgWest/Yak Tiimber/Refund of Starlink | $1,627.01 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $2,570.00 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $2,091.16 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $2,630.27 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $5,135.55 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $5,380.86 |
| 12/15/2023 | PAYROLL PAYROLL 17607704 | $8,367.62 |
| 12/18/2023 | XX6402 POS PURCHASE 12/15 15:35 ECONOMY AUTO LEA YAKUTAT AK 33153027 618889 | $8,588.42 |
| 12/18/2023 | XX6402 POS PURCHASE 12/17 04:03 SEAPORT TELECOMM KETCHIKAN AK 42382561 622211 | $195.83 |
| 12/18/2023 | IRS USATAXPYMT 270375270176835 | $270.00 |
| 12/19/2023 | DDA ANALYSIS FEES DUE | $17,214.55 |
| 12/20/2023 | XX6402 POS PURCHASE 12/19 08:56 KVH INDUSTRIES, MIDDLETOWN RI 30607586 863213 | $50.00 |
| 12/21/2023 | XX6402 POS PURCHASE 12/19 17:27 ECONOMY AUTO LEA YAKUTAT AK 33153024 271236 | $884.00 |
| | | $230.00 |

## BUSINESS CHECKING-XXXXXX1184 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/26/2023 | XX6402 POS PURCHASE 12/24 22:55 JUSTANSWER * TEC 800-240-1371 CA 45057932 755788 | $55.00 |
| 12/26/2023 | NSF - RETURNED ITEM FEE | $33.00 |
| 12/29/2023 | SERVICE CHARGE | $12.00 |

43 item(s) totaling $125,403.10

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 2617 | 12/14/2023 | $26,245.12 | 2621* | 12/21/2023 | $1,394.11 |

* Indicates skipped check number

2 item(s) totaling $27,639.23

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | $94,413.98 | 12/11/2023 | $31,683.50 | 12/19/2023 | $2,550.75 |
| 12/04/2023 | $60,696.86 | 12/13/2023 | $78,720.13 | 12/20/2023 | $1,666.75 |
| 12/05/2023 | $39,874.05 | 12/14/2023 | $52,475.01 | 12/21/2023 | $42.64 |
| 12/06/2023 | $38,206.62 | 12/15/2023 | $20,281.13 | 12/26/2023 | -$45.36 |
| 12/07/2023 | $38,063.31 | 12/18/2023 | $2,600.75 | 12/29/2023 | -$57.36 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $462.00 |
| Total Returned Item Fees | $33.00 | $198.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR SERVICE FEE: | $12.00 |
| Total Service Charge | $12.00 |



**First National Bank ALASKA** MEMBER FDIC

P.O. BOX 100720
ANCHORAGE, AK 99510

**RETURN SERVICE REQUESTED**

YAK TIMBER INC
DIP CASE #23 00080
301 WATER TANK RD
YAKUTAT AK 99689

**Statement Ending 12/29/2023**

YAK TIMBER INC
Account Number: XXXXXX0858

Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Phone Number | (907) 777-4362 |
| 📱 | Toll Free | (800) 856-4362 |
| 💻 | Website | FNBAlaska.com |
| 🏛 | Routing Number | 125200060 |



# Season's Greetings
The magic of the season affirms our belief in our fellow Alaskans and moves us to shape brighter tomorrows all year long.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX0858 | $387.46 |

## BUSINESS CHECKING-XXXXXX0858

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 12/01/2023 | Beginning Balance | $737.46 | Minimum Balance | $399.46 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $399.46 |
| | 2 Debit(s) This Period | $350.00 | | |
| 12/29/2023 | Ending Balance | $387.46 | | |
| | Service Charges | $12.00 | | |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | XX2585 DDA PYMNT 12/01 14:47 INTUIT 18004INT MOUNTAIN VIEW CA 002 333514255204 | $338.00 |


EQUAL HOUSING LENDER  NMLS# 640297


Shaping Tomorrow Since 1922

Exhibit B Page 5 of 5

| YAK TIMBER INC | XXXXXX0858 | Statement Ending 12/29/2023 | Page 2 of 2 |

## BUSINESS CHECKING-XXXXXX0858 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/29/2023 | SERVICE CHARGE | $12.00 |

2 item(s) totaling $350.00

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/01/2023 | $399.46 | 12/29/2023 | $387.46 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR SERVICE FEE: | $12.00 |
| Total Service Charge | $12.00 |